U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| | |
|---|---|
| Name of Defendant: Vikki Johnson | Address: City, State and Zip Code): 169 E. Willow Rd., Fox Point, WI |
| Date of Birth: Not supplied due to E-Government Act | Occupation: Unknown |
| Name of Defendant's Attorney: n/a | Address of Defendant's Attorney: n/a |
| Name of Assistant U.S. Attorney Daniel H. Sanders | |
| Has warrant been issued? No | When?    By Whom?    When? |
| Has warrant been executed? No | When?    Where? |
| Has defendant appeared before a Magistrate? No | When?    Who? |
| Is the defendant in custody? No | Where? |
| Pretrial Scheduling Conference Necessary? | ☐ YES     X☐ NO |

| Issue: WARRANT | SUMMONS X | NOTICE | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒        Green Bay Case ☐

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:        Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

**Charge:**

| Maintaining a drug-involved premises, 21 U.S.C. § 856(a)(2) | 20 yrs; $500,000 fine, 3 yrs. SR, $100 SA |
|---|---|
| Misprision of a felony | 3 yrs; $250K fine; 1 yr SR; $100 SA |

**Agency/Agent:**    DCI/Jeff Hale

**OCDETF:**    No